Taxi Corporation. Order of June 15, 1925, affirmed, with costs to the defendants Coudert against the plaintiff. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS CHAPMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOHN FIVES, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $50,441.76; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOHN F. MAHONEY, as Administrator, etc., of ROBERT MAHONEY, Deceased, Suing as JAMES F. MAHONEY, Respondent, v. G. B. SEELY'S SON, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOHN F. MAHONEY, as Administrator, etc., of ROBERT MAHONEY, Deceased, Suing as JAMES F. MAHONEY, Respondent, v. G. B. SEELY'S SON, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

WILLIAM JAY SCHIEFFELIN, Appellant, v. THOMAS E. O'BRIEN, CHARLES L. CRAIG, as Comptroller of the City of New York, PHILIP BEROLZHEIMER, as Chamberlain of the City of New York, RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, ABRAHAM KAPLAN, President, and WILLIAM DRENNAN and FERDINAND Q. MORTON, as Members of and Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.; Martin, J., dissents.

HENRY H. KLEIN, Appellant, v. C. P. HUGO SCHOELLKOPF and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MARGARET J. WINKLER, Appellant, v. PATRICK SULLIVAN and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JOHN HEHIR and KATHERINE HEHIR, as Administrators, etc., of MARY HEHIR, Deceased, Respondents, v. MANHATTAN SAND CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MAMIE MAIORANO, as Administratrix, etc., of FRANK MAIORANO, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ANDERSON HOLDING CORPORATION, Respondent, v. THE R. C. MAXWELL COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

AARON GREENBERG, Respondent, v. LOUIS GREENMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J , Merrell, Finch and Martin, JJ.